DR 3447 (11/09/18)
COLORADO DEPARTMENT OF REVENUE
Division of Motor Vehicles
Colorado.gov/Revenue

BC

MAIL TO: STATE OF COLORADO
MOTOR VEHICLE
TRAFFIC RECORDS
DENVER, CO 80261-0016

# STATE OF COLORADO TRAFFIC CRASH REPORT

☐ AMENDED/SUPPL.   ☐ COUNTER REPORT   ☐ PRIVATE PROPERTY   ☐ PUBLIC LAND      PAGE __1__ OF __6__ PAGES

| Case # | Agency ORI | | Agency Name |
|---|---|---|---|
| 2B223249 | COCSP0000 | | Colorado State Patrol |

| Date of Report (MM/DD/YYYY) | Date of Crash (MM/DD/YYYY) | Time of crash (24 Hour) | Officer Name | Officer Number |
|---|---|---|---|---|
| 12/11/2022 | 12/08/2022 | 20:11 | NELSON, K. | 6018 |

| Date Arrived | Date Roadway Cleared | Date Last Responder Left | Signature | Detail |
|---|---|---|---|---|
| 12/08/2022 | // | 12/08/2022 | | CR001 |

| Time Arrived | Time Roadway Cleared | Time Last Responder Left | Agency Code | Investigated at Scene | District Number |
|---|---|---|---|---|---|
| 20:46 | : | 20:46 | M04 | ☒ | 2B |

| Number Killed | Number Injured | Total Vehicles | Total Non-Motorists | Juvenile(s) Involved | Secondary Crash | Construction Zone Related | School Zone |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 2 | 0 | ☐ | ☐ | ☐ | ☐ |

| Latitude | Longitude | County | City |
|---|---|---|---|
| 39.10035 °N | -104.84864 °W | El Paso | |

| On Road/Street: | Intersection Offset Distance Unit | 01. Miles  02. Feet |
|---|---|---|
| LAKE WOODMOOR DR | 03 | 03. At the Intersection |

| Reference Intersecting Road/Street: | Intersection Offset Distance | Offset Direction  N☐ S☐ E☐ W☐ |
|---|---|---|
| WHITE FAWN DR | | |

| HWY NUMBER | MILEPOINT | Milepoint Offset Distance Unit | 01. Miles  02. Feet  03. At the Milepoint |
|---|---|---|---|

| ☐ INTERSTATE HWY  ☐ STATE HWY  ☒ CITY ST/CNTY RD  ☐ OTHER RDWY | Milepoint Offset Distance | Offset Direction  N☐ S☐ E☐ W☐ |
|---|---|---|

LOCATION **01**
01. On Roadway
02. Ran Off Left Side
03. Ran Off Right Side
04. Ran Off 'T' Intersection
05. Vehicle Crossed Center Median Into Opposing Lanes
06. On Private Property
07. Center Median/Island

Number of Lanes Blocked: ___

LANE POSITION **W01**

## HARMFUL EVENT SEQUENCE
1st **08**   2nd ___   3rd ___   4th ___   Most Harmful Event **08**

NON-COLLISION CRASH
01. Overturning/Rollover
44. Immersion, Full or Partial
45. Fell from Motor Vehicle
02. Other Non-Collision
COLLISION WITH NON-MOTORIST
03. School Age To/From School
05. Pedestrian
15. Bicycle/Motorized Bicycle
COLLISION WITH MOTOR VEHICLE IN TRANSPORT
06. Front to Front
07. Front to Rear

08. Front to Side
09. Rear to Side
10. Rear to Rear
11. Side to Side-Same Direction
12. Side to Side-Opposite Direction
COLLISION WITH OTHER VEHICLE
13. Parked Motor Vehicle
COLLISION WITH ANIMAL
17. Domestic Animal
18. Wild Animal
COLLISION WITH OBJECT
19. Light Pole/Utility Pole
20. Traffic Signal Pole

47. Electrical/Utility Box
21. Sign
41. Guardrail Face
42. Guardrail End
23. Cable Rail
24. Concrete Highway Barrier
48. Overhead Structure (Bridge)
49. Overhead Structure (Not Bridge)
50. Bridge Structure (Not Overhead)
26. Vehicle Debris or Cargo
27. Culvert or Headwall
28. Embankment
43. Ditch

46. Ground
29. Curb
30. Delineator/Milepost
31. Fence
32. Tree
33. Large Rocks or Boulder
34. Railroad Crossing Equipment
35. Barricade
36. Wall or Building
37. Crash Cushion/Traffic Barrel
38. Mailbox
39. Other Fixed Object (Describe in Narrative)
40. Other Non-Fixed Object (Describe in Narrative)

| ROAD CONTOUR - CURVES | **01** | 01. Straight  02. Curve Left | 03. Curve Right  04. Unknown | ROAD CONTOUR - GRADE | **01** | 01. Level  02. Uphill  03. Hill Crest | 04. Downhill  05. Sag/Bottom  06. Unknown |
|---|---|---|---|---|---|---|---|

| APPROACH/OVERTAKING TURN | **03** | 01. Approach Turn  02. Overtaking Turn | 03. Not Applicable | LIGHTING CONDITION | **04** | 01. Daylight  02. Dawn or Dusk | 03. Dark-lighted  04. Dark-Unlighted |
|---|---|---|---|---|---|---|---|

| ROAD DESCRIPTION | **01** | 01. At Intersection  02. Driveway Access Related  03. Intersection Related  04. Non-Intersection | 05. Crossover-Related  06. Roundabout  08. Parking Lot  09. Ramp | 10. Ramp-related  11. Alley Related  12. Share-Use Path or Trail  13. Auxiliary Lane | 14. Mid-Block Crosswalk  15. Express/Managed/HOV Lane |
|---|---|---|---|---|---|

| ROAD CONDITION | **01** | 01. Dry  02. Wet  03. Muddy  04. Snowy  05. Icy  06. Slushy  07. Foreign Material | 08. Dry W/Visible Icy Road Treatment  09. Wet W/Visible Icy Road Treatment  10. Snowy W/Visible Icy Road Treatment  11. Icy W/Visible Icy Road Treatment  12. Slushy W/Visible Icy Road Treatment  13. Sand/Gravel  14. Roto-Milled | WEATHER CONDITION | 1st **00**  2nd ___ | 00. Clear  01. Rain  02. Sleet or Hail  03. Fog | 04. Dust  05. Wind  06. Cloudy  07. Freezing Rain or Freezing Drizzle | 08. Snow  09. Blowing Snow |
|---|---|---|---|---|---|---|---|---|

### TO BE FILLED OUT ONLY IN THE EVENT OF A FATALITY

| EMERGENCY MEDICAL SERVICES (Record all time using 24 Hr. time) | | | TRAFFIC CONTROL DEVICE FUNCTIONING | |
|---|---|---|---|---|
| Time notified : | Time Arrived @ Scene : | Time Arrived @ Hospital : | 01. No Controls  02. Not Functioning  03. Functioning Improperly | 04. Functioning Properly  06. Not Visible  05. Unknown |

If times are unknown provide name of responding services:

| Approved By | I.D. Number | Date |
|---|---|---|
| MORRISON, S. | 5855 | 12/16/2022 |

Exhibit F

0901119cba107eaf     USAA Confidential

DAP.0403679920231206.9.1.001426.Keshia

DR 3447 (11/09/18)  **NARRATIVE/DIAGRAM**  PAGE __2__ OF __6__ PAGES

| Case # | Agency ORI | | Agency Name |
|---|---|---|---|
| 2B223249 | COCSP0000 | | Colorado State Patrol |

**Describe Crash**
Vehicle #2 was stopped first at the stop sign located at the intersection of Lake Woodmoor Drive and White Fawn Drive facing westbound on Lake Woodmoor Drive. Vehicle #1 was stopped second at the stop sign located at the intersection of Lake Woodmoor Drive and White Fawn Drive Facing southbound on White Fawn Drive. Both, Vehicle #2 and Vehicle #1 pulled through the intersection at the same time and Vehicle #1 front collided with Vehicle #2 side. After the collision both vehicles moved to the side of the roadway to open the lanes of traffic prior to my arrival.

| Owner 1 | Public Property Damaged ☐ | Damaged Prop. Last Name | Damaged Prop. First Name | MI |
|---|---|---|---|---|
| Address | | City | State | Zip |
| Damaged Prop. Description | | | | |

| Owner 2 | Public Property Damaged ☐ | Damaged Prop. Last Name | Damaged Prop. First Name | MI |
|---|---|---|---|---|
| Address | | City | State | Zip |
| Damaged Prop. Description | | | | |

**Exhibit F**

0901119cba107eaf                    USAA Confidential

DR 3447 (11/09/18) — **MOTORIZED TRAFFIC UNIT/OCCUPANT** — PAGE 3 OF 6 PAGES

| Field | Value |
|---|---|
| Traffic Unit # | 01 |
| Case # | 2B223249 |
| Agency ORI | COCSP0000 |
| Agency Name | Colorado State Patrol |
| Hit & Run | (unchecked) |
| (Driver) Last Name | EIGEL |
| First Name | GAIL |
| MI | K |
| Phone | (719) 481-4334 |
| Non-Contact Vehicle | (unchecked) |
| (Driver) Street Address | 14420 CLUB VILLA DR Apt. C |
| City | Colorado Springs |
| State | CO |
| ZIP | 80921 |
| DOB | 02/02/1939 |
| Driver License Number | 920646493 |
| Unlicensed Driver | (unchecked) |
| CDL | |
| State | CO |
| Sex | F |
| Email | |
| Primary Violation | Failed to Yield Right-of-Way When Proceeding From Stop Sign |
| DUI | (unchecked) |
| Violation Code | 42-4-703 (3) |
| Citation Number | 6344909 |
| Common Code | 373 |
| Same Name | ☒ |
| Same Addr. | ☒ |
| Insurance Company | USAA |
| None / No Proof | (unchecked) |
| Expiration Date | 02/23/2023 |
| Policy Number | 0063467-0511 |
| License Plate No. | LEH012 |
| State or Country | CO |
| Vehicle Identification Number | 2CNDL23F356195851 |
| Year | 2005 |
| Make | Chevrolet |
| Model | Equinox |
| Body Type | LL |
| Color | GRY |
| Towed | 00 (Not towed) |
| Vehicle Defect/Condition | 00 |

**Undercarriage**: 1. Slight 2. Moderate 3. Severe

### VEHICLE DEFECT/CONDITION (OFFICER OPINION ONLY)
- 00. No Vehicle Defects
- 01. Defective Head Light(s)
- 02. Defective Brake/Tail Light(s)
- 03. Defective Signaling Device
- 04. Brakes Defective/Out of Adjustment
- 05. Defective Tires
- 06. Sudden Tire Failure
- 07. Improper Tires for Conditions
- 08. Mechanical Failure
- 09. Obstructed Window(s)
- 10. Improper Load
- 16. Cargo/Equipment Loss or Spill
- 17. Cargo/Equipment Shift
- 14. Parking Violation
- 15. Other Defect(s) (Describe in Narrative)

### TO BE FILLED OUT ONLY IN THE EVENT OF A FATALITY
**CRASH AVOIDANCE MANEUVER**
- 00. No Avoidance Maneuver
- 07. Braking
- 08. Steering
- 09. Steering and Braking
- 10. Accelerating
- 11. Steering and Accelerating
- 06. Other Avoidance Maneuver (Describe in Narrative)

**FIRE/HAZARDOUS MATERIALS INVOLVEMENT**
- 00. No Fire/No Haz-Mat Cargo
- 01. No Fire/Haz-Mat Cargo Not Involved
- 02. No Fire/Haz-Mat Incident
- 03. Vehicle Fire/No Haz-Mat Cargo
- 04. Vehicle Fire/Haz-Mat Cargo Not Involved
- 05. Vehicle Fire/Haz-Mat Incident

### DRIVER/OCCUPANT DETAILS

| A | B | C | D | E | F1 | F2 | F3 | AGE |
|---|---|---|---|---|---|---|---|---|
| 01 | 00 | 00 | 00 | 00 | B | 01 | A | 83 |

DRIVER NAME AND ADDRESS ARE ABOVE — AA Expired Date

| G1 | G2 | H | I | J | K | L | M | N | SEX |
|---|---|---|---|---|---|---|---|---|---|
| 01 | A | 00 | 08 | 00 | 00 | 00 | 07 | 00 | F |

EMS Trip # — Taken To — BB Expired Time

(Passenger) rows below are blank.

Exhibit F

0901119cba107eaf   USAA Confidential

DAP.040367992023l206.9.1.001427.Keshia    Case No. 1:24-cv-00797-RMR-TPO    Document 1-8    filed 03/21/24    USDC Colorado    pg 4 of 12

DR 3447 (11/09/18)    TRAFFIC UNIT/GENERAL VEHICLE AND CMV    PAGE __4__ OF __6__ PAGES

| Traffic Unit # | 01 | Case # 2B223249 | Agency ORI COCSP0000 | Agency Name Colorado State Patrol |

### GENERAL VEHICLE FIELDS

**09 VEHICLE TYPE**

CMV SECTIONS REQUIRED
01. Medium/Heavy Trucks GVWR/ GCWR between 10,001 and 16,000
27. Medium/Heavy Trucks GVWR/ GCWR 16,001 or over
02. School Bus (all school buses)

03. Non-School Bus (9 occupants or more including driver) in commerce
04. Transit Bus

VEHICLES UNDER THE GVWR/ GCWR THRESHOLD
05. Passenger Car/Passenger Van
07. Pickup Truck/Utility Van
09. SUV
11. Motor Home
12. Motorcycle
28. Autocycle

15. Farm Equipment
20. Working Vehicle/Equipment

OTHER VEHICLE
17. Light Rail
21. Heavy Train
23. Off Highway Vehicle/ATV
24. Snowmobile
25. Low Speed Vehicle
18. Other Vehicle Type (Describe in Narrative)
16. Unknown (Hit and Run Only)

**CARRIER TYPE** | |
01. Interstate
02. Intrastate
03. Government Vehicle
04. Not in Commerce (If #04 is chosen, complete only the underlined fields below.)

**GROSS VEHICLE WEIGHT RATING/GROSS COMBINATION WEIGHT RATING**    Enter number of pounds

**TOTAL NUMBER OF AXLES**
Enter the total number of axles including truck and trailer.

**VEHICLE CONFIGURATION**
01. Passenger Car (only if HM placarded)
02. Light Truck (only if HM placarded)
03. Bus/Limousine
04. Single-unit Truck (2 axles)
05. Single-unit Truck (3 or more axles)
06. Truck and Trailer
07. Truck Tractor (Bobtail)
08. Truck Tractor and Semi-Trailer
09. Truck Tractor and Double Trailers
10. Truck Tractor and Triple Trailers
11. Other (Describe in Narrative)

**00 SPECIAL FUNCTION OF MOTOR VEHICLE IN TRANSPORT**

00. No Special Function
01. Vehicle Transporting Students To/From School
02. Bus - Transit
03. Bus - Charter
04. Bus - Shuttle
05. Bus - Other
06. Construction Equipment
07. Farm Equipment
08. Farm Vehicle

09. Ambulance
10. Police
11. Fire Truck
12. Non-Transport Emergency Services Vehicle
13. Safety Service Patrols - Incident Response
14. Towing - Incident Response
15. Other Incident Response
16. Highway/Maintenance
17. Truck Acting as Crash Attenuator

18. Public Utility
19. Military
20. Rental Truck
21. Taxi
22. Vehicle Used for Electronic Ride-hailing (Uber, Lyft etc.)
23. Other (Describe in Narrative)

Emergency Lights Activated ☐

**CARGO BODY TYPE**
01. Bus/ Limousine (seats 9-15 occupants, including the driver)
02. Bus/Limousine (seats 16 or more occupants, including the driver)
03. Van/Enclosed Box
04. Cargo Tank
05. Flatbed/Pickup
06. Dump Bed
07. Concrete Mixer
08. Auto Transporter
09. Garbage Refuse
10. Grain, Chips, Gravel
11. Pole
12. Intermodal Container
13. Vehicle Towing another Vehicle
14. Fire Apparatus
15. Ambulance
16. No Cargo Body
17. Other (Describe in Narrative)

**05 DIRECTION OF TRAVEL - PRIOR TO IMPACT (PRIOR TO TURNING MOVEMENT)**
01. North    03. East    05. South    07. West
02. Northeast    04. Southeast    06. Southwest    08. Northwest

**01 VEHICLE MOVEMENT - PRIOR TO IMPACT**

01. Going Straight
02. Slowing
03. Stopped in Traffic
04. Making Right Turn
05. Making Left Turn

06. Making U-Turn
07. Passing
08. Backing
09. Entering/Leaving Parked Position
10. Parked
11. Changing Lanes

12. Swerve/Avoidance
13. Weaving
14. Out of Control
15. Traveled Wrong Way
17. Entering Traffic Way/Merge
18. Negotiating a Curve
16. Other (Describe in Narrative)

**SEQUENCE OF CRASH EVENTS**    | 1st | 2nd | 3rd | 4th |

| ROADWAY SPEED LIMIT | ESTIMATED VEHICLE SPEED | DRIVER'S STATED SPEED |
| 35 MPH | 5 MPH | 5 MPH |

**03 | __ | DRIVER ACTIONS (OFFICER OPINION ONLY)**
1st  2nd

00. No Contributing Action
02. Impeded Traffic
03. Failed to Yield ROW
04. Disregard Stop Sign
05. Failed to Stop at Signal
06. Disregarded Other Device/ Sign/Markings

07. Improper Turn
08. Turned from Wrong Lane or Position
10. Lane Violation
11. Improper Passing on Left
12. Improper Passing on Right
13. Followed Too Closely
14. Improper Backing
15. Signaling Violation
16. Reckless Driving

17. Careless Driving (if used, next field can not be coded "00")
18. Speeding
    19. Too Fast for Conditions
20. Racing
21. Over-Correcting/Over-Steering
22. Lacking Required Chains
23. Other Contributing Action (Describe in Narrative)

**NON-COLLISION**
01. Ran Off the Road
02. Jackknifed
03. Overturning
04. Downhill Runaway
05. Cargo Loss or Shift
06. Explosion or Fire
07. Separation of Units
08. Crossed the Median/ Center Line
09. Equipment Failure (Tires, etc.)
10. Other (Describe in Narrative)

**COLLISION**
11. Pedestrian
12. Motor Vehicle in Transport
13. Parked Motor Vehicle
14. Train
15. Pedal Cycle (Bicycle, Tricycle, etc.)
16. Animal
17. Fixed Object
18. Work Zone Maintenance Equipment
19. Other Movable Object
20. Other (Describe in Narrative)

**17 | __ | __ | DRIVER - MOST APPARENT HUMAN CONTRIBUTING FACTORS (OFFICER OPINION ONLY)**
1st  2nd  3rd

00. No Apparent Contributing Factor
02. Asleep or Fatigued
03. Medical
04. Driver Inexperience
05. Aggressive Driving
06. Driver Unfamiliar With Area
07. Driver Emotionally Upset
08. Evading Law Enforcement Officer

09. Physical Disability
11. Distracted/Other Occupant
16. Age/Driver Ability
17. Looked/Did Not See
18. Talking on Phone/Holding
19. Talking on Phone/Hands Free
20. Manipulating Electronic Device
21. Distracted Eating/Drinking
22. Distracted/Smoking

23. Distracted/Manipulating Vehicle Control
24. Distracted/Other Interior
25. Distracted/Other Exterior
26. Sun Glare
27. Not Observed
15. Other Factor (Describe in Narrative)
28. Illness

**HAZARDOUS MATERIALS - PLACARDS**
Did the vehicle have a hazardous material placard?
00. No    01. Yes    02. Required but Missing

**HAZARDOUS MATERIALS - RELEASE**
Was hazardous cargo from the placarded truck released? (Do not count fuel from the vehicle fuel tank)
00. No    01. Yes

**HAZARDOUS MATERIALS - CODE**
Enter the four digit number from the placard. If no number on the placard enter the four digit Identification number from the shipping paper(s).    1369

**HAZARDOUS MATERIALS - CLASS**
Enter the one digit number taken from the bottom of the placard.    1369

**00 AUTONOMOUS VEHICLE CAPABILITY**

00. No Automation
01. Driver Assistance
02. Partial Automation

03. Conditional Automation
04. High Automation
05. Full Automation
06. Unknown

Driver Ceded Control of Vehicle ☐

### CMV FIELDS

Carrier Name

Address    Dot #

| Over Height ☐ | Over Weight ☐ | Over Length ☐ | Over Width ☐ | Permitted ☐ |

**LIQUID HAZARDOUS MATERIALS**
Enter the amount of bulk liquid cargo at the time of crash.
01. 0 to 1,000 gallons    06. 5,001 to 6,000 gallons
02. 1,001 to 2,000 gallons    07. 6,001 to 7,000 gallons
03. 2,001 to 3,000 gallons    08. 7,001 to 8,000 gallons
04. 3,001 to 4,000 gallons    09. 8,001 gallons and over
05. 4,001 to 5,000 gallons

Exhibit F

0901119cba107eaf    USAA Confidential

DR 3447 (11/09/18)      **MOTORIZED TRAFFIC UNIT/OCCUPANT**      PAGE __5__ OF __6__ PAGES

| Field | Value |
|---|---|
| Traffic Unit # | 02 |
| Case # | 2B223249 |
| Agency ORI | COCSP0000 |
| Agency Name | Colorado State Patrol |
| Hit & Run | ☐ |
| (Driver) Last Name | MEEK |
| First Name | JEFFREY |
| MI | S |
| Phone | (720) 775-7906 |
| Non-Contact Vehicle | ☐ |
| (Driver) Street Address | 8325E PALMER DIVIDE AVE |
| City | Larkspur |
| State | CO |
| ZIP | 80118 |
| DOB | 06/12/1974 |
| Driver License Number | 012620821 |
| Unlicensed Driver | ☐ |
| CDL | |
| State | CO |
| Sex | M |
| Email | |
| Primary Violation | |
| DUI | ☐ |
| Violation Code | |
| Citation Number | |
| Common Code | |
| Same Name | ☒ |
| Vehicle Owner Last Name | |
| First Name | |
| MI | |
| Same Addr. | ☒ |
| Vehicle Owner Street Address | |
| City | |
| State | |
| ZIP | |
| Insurance Company | USAA |
| None / No Proof | ☐ / ☐ |
| Expiration Date | 02/07/2023 |
| Policy Number | 005752004U |
| License Plate No. | 752JOW |
| State or Country | CO |
| Number of Trailers: | |
| Vehicle Identification Number | 5XYPHDA15HG274662 |
| Year | 2017 |
| No Damage | ☐ |
| Make | KIA |
| Model | Sorrento |
| Body Type | LL |
| Color | RED |
| Towed | 00 |
| By: | |
| To: | |
| Undercarriage | |

Damage diagram indicators: 3, 3, 3, 3

Trailer 1–5: VIN# / License Plate / Disabling Damage ☐ (all blank)

**VEHICLE DEFECT/CONDITION (OFFICER OPINION ONLY): 00**

- 00. No Vehicle Defects
- 01. Defective Head Light(s)
- 02. Defective Brake/Tail Light(s)
- 03. Defective Signaling Device
- 04. Brakes Defective/Out of Adjustment
- 05. Defective Tires
- 06. Sudden Tire Failure
- 07. Improper Tires for Conditions
- 08. Mechanical Failure
- 09. Obstructed Window(s)
- 10. Improper Load
- 16. Cargo/Equipment Loss or Spill
- 17. Cargo/Equipment Shift
- 14. Parking Violation
- 15. Other Defect(s) (Describe in Narrative)

**TO BE FILLED OUT ONLY IN THE EVENT OF A FATALITY**

CRASH AVOIDANCE MANEUVER ☐    FIRE/HAZARDOUS MATERIALS INVOLVEMENT ☐

- 00. No Avoidance Maneuver
- 07. Braking
- 08. Steering
- 09. Steering and Braking
- 10. Accelerating
- 11. Steering and Accelerating
- 06. Other Avoidance Maneuver (Describe in Narrative)

- 00. No Fire/No Haz-Mat Cargo
- 01. No Fire/Haz-Mat Cargo Not Involved
- 02. No Fire/Haz-Mat Incident
- 03. Vehicle Fire/No Haz-Mat Cargo
- 04. Vehicle Fire/Haz-Mat Cargo Not Involved
- 05. Vehicle Fire/Haz-Mat Incident

**DRIVER/OCCUPANT DETAILS**

| A | B | C | D | E | F1 | F2 | F3 | AGE |
|---|---|---|---|---|---|---|---|---|
| 01 | 00 | 00 | 00 | 00 | B | 01 | A | 48 |

DRIVER NAME AND ADDRESS ARE ABOVE    AA Expired Date

| G1 | G2 | H | I | J | K | L | M | N | SEX |
|---|---|---|---|---|---|---|---|---|---|
| 01 | A | 00 | 08 | 00 | 00 | 00 | 07 | 00 | M |

EMS Trip # _____ Taken To _____    BB Expired Time

| A | | | D | E | F1 | F2 | F3 | AGE |
|---|---|---|---|---|---|---|---|---|
| 03 | | | 00 | 00 | B | 01 | A | 45 |

(Passenger) Name/Address: **JENIFER MEEK**, 8325E PALMER DIVIDE AVE, Larkspur, CO 80118

| G1 | G2 | H | I | J | K | L | M | N | SEX |
|---|---|---|---|---|---|---|---|---|---|
| 01 | A | 00 | | | | | | | F |

EMS Trip # _____ Taken To _____

(Additional passenger rows blank)

Exhibit F

USAA Confidential

0901119cba107eaf

DR 3447 (11/09/18)   TRAFFIC UNIT/GENERAL VEHICLE AND CMV   PAGE __6__ OF __6__ PAGES

| Traffic Unit # | Case # | Agency ORI | Agency Name |
|---|---|---|---|
| 02 | 2B223249 | COCSP0000 | Colorado State Patrol |

## GENERAL VEHICLE FIELDS

**VEHICLE TYPE: 09**

CMV SECTIONS REQUIRED
01. Medium/Heavy Trucks GVWR/GCWR between 10,001 and 16,000
27. Medium/Heavy Trucks GVWR/GCWR 16,001 or over
02. School Bus (all school buses)

03. Non-School Bus (9 occupants or more including driver) in commerce
04. Transit Bus

VEHICLES UNDER THE GVWR/GCWR THRESHOLD
05. Passenger Car/Passenger Van
07. Pickup Truck/Utility Van
09. SUV
11. Motor Home
12. Motorcycle
28. Autocycle

15. Farm Equipment
20. Working Vehicle/Equipment

OTHER VEHICLE
17. Light Rail
21. Heavy Train
23. Off Highway Vehicle/ATV
24. Snowmobile
25. Low Speed Vehicle
18. Other Vehicle Type (Describe in Narrative)
16. Unknown (Hit and Run Only)

**CARRIER TYPE:** [ ]
01. Interstate
02. Intrastate
03. Government Vehicle
04. Not in Commerce (If #04 is chosen, complete only the underlined fields below.)

**GROSS VEHICLE WEIGHT RATING/GROSS COMBINATION WEIGHT RATING** [ ][ ][ ][ ][ ][ ]  Enter number of pounds

**TOTAL NUMBER OF AXLES** [ ]
Enter the total number of axles including truck and trailer.

**VEHICLE CONFIGURATION**
01. Passenger Car (only if HM placarded)
02. Light Truck (only if HM placarded)
03. Bus/Limousine
04. Single-unit Truck (2 axles)
05. Single-unit Truck (3 or more axles)
06. Truck and Trailer
07. Truck Tractor (Bobtail)
08. Truck Tractor and Semi-Trailer
09. Truck Tractor and Double Trailers
10. Truck Tractor and Triple Trailers
11. Other (Describe in Narrative)

**CARGO BODY TYPE**
01. Bus/Limousine (seats 9-15 occupants, including the driver)
02. Bus/Limousine (seats 16 or more occupants, including the driver)
03. Van/Enclosed Box
04. Cargo Tank
05. Flatbed/Pickup
06. Dump Bed
07. Concrete Mixer
08. Auto Transporter
09. Garbage Refuse
10. Grain, Chips, Gravel
11. Pole
12. Intermodal Container
13. Vehicle Towing another Vehicle
14. Fire Apparatus
15. Ambulance
16. No Cargo Body
17. Other (Describe in Narrative)

**SPECIAL FUNCTION OF MOTOR VEHICLE IN TRANSPORT: 00**

00. No Special Function
01. Vehicle Transporting Students To/From School
02. Bus - Transit
03. Bus - Charter
04. Bus - Shuttle
05. Bus - Other
06. Construction Equipment
07. Farm Equipment
08. Farm Vehicle
09. Ambulance
10. Police
11. Fire Truck
12. Non-Transport Emergency Services Vehicle
13. Safety Service Patrols - Incident Response
14. Towing - Incident Response
15. Other Incident Response
16. Highway/Maintenance
17. Truck Acting as Crash Attenuator
18. Public Utility
19. Military
20. Rental Truck
21. Taxi
22. Vehicle Used for Electronic Ride-hailing (Uber, Lyft etc.)
23. Other (Describe in Narrative)

Emergency Lights Activated [ ]

**SEQUENCE OF CRASH EVENTS** [ ] [ ] [ ] [ ]  1st  2nd  3rd  4th

**DIRECTION OF TRAVEL - PRIOR TO IMPACT (PRIOR TO TURNING MOVEMENT): 07**
01. North
02. Northeast
03. East
04. Southeast
05. South
06. Southwest
07. West
08. Northwest

**VEHICLE MOVEMENT - PRIOR TO IMPACT: 01**
01. Going Straight
02. Slowing
03. Stopped in Traffic
04. Making Right Turn
05. Making Left Turn
06. Making U-Turn
07. Passing
08. Backing
09. Entering/Leaving Parked Position
10. Parked
11. Changing Lanes
12. Swerve/Avoidance
13. Weaving
14. Out of Control
15. Traveled Wrong Way
17. Entering Traffic Way/Merge
18. Negotiating a Curve
16. Other (Describe in Narrative)

**NON-COLLISION**
01. Ran Off the Road
02. Jackknifed
03. Overturning
04. Downhill Runaway
05. Cargo Loss or Shift
06. Explosion or Fire
07. Separation of Units
08. Crossed the Median/Center Line
09. Equipment Failure (Tires, etc.)
10. Other (Describe in Narrative)

**COLLISION**
11. Pedestrian
12. Motor Vehicle in Transport
13. Parked Motor Vehicle
14. Train
15. Pedal Cycle (Bicycle, Tricycle, etc.)
16. Animal
17. Fixed Object
18. Work Zone Maintenance Equipment
19. Other Movable Object
20. Other (Describe in Narrative)

| ROADWAY SPEED LIMIT | ESTIMATED VEHICLE SPEED | DRIVER'S STATED SPEED |
|---|---|---|
| 35 MPH | 5 MPH | 5 MPH |

**DRIVER ACTIONS (OFFICER OPINION ONLY):** 00 (1st) 00 (2nd)
00. No Contributing Action
02. Impeded Traffic
03. Failed to Yield ROW
04. Disregard Stop Sign
05. Failed to Stop at Signal
06. Disregarded Other Device/Sign/Markings
07. Improper Turn
08. Turned from Wrong Lane or Position
10. Lane Violation
11. Improper Passing on Left
12. Improper Passing on Right
13. Followed Too Closely
14. Improper Backing
15. Signaling Violation
16. Reckless Driving
17. Careless Driving (if used, next field can not be coded "00")
18. Speeding
   19. Too Fast for Conditions
20. Racing
21. Over-Correcting/Over-Steering
22. Lacking Required Chains
23. Other Contributing Action (Describe in Narrative)

**HAZARDOUS MATERIALS - PLACARDS** [ ]
Did the vehicle have a hazardous material placard?
00. No   01. Yes   02. Required but Missing

**HAZARDOUS MATERIALS - RELEASE** [ ]
Was hazardous cargo from the placarded truck released? (Do not count fuel from the vehicle fuel tank)
00. No   01. Yes

**HAZARDOUS MATERIALS - CODE** [ ][ ][ ][ ]
Enter the four digit number from the placard. If no number on the placard enter the four digit Identification number from the shipping paper(s).   1369

**DRIVER - MOST APPARENT HUMAN CONTRIBUTING FACTORS (OFFICER OPINION ONLY):** 00 (1st) [ ] (2nd) [ ] (3rd)
00. No Apparent Contributing Factor
02. Asleep or Fatigued
03. Medical
04. Driver Inexperience
05. Aggressive Driving
06. Driver Unfamiliar With Area
07. Driver Emotionally Upset
08. Evading Law Enforcement Officer
09. Physical Disability
11. Distracted/Other Occupant
16. Age/Driver Ability
17. Looked/Did Not See
18. Talking on Phone/Holding
19. Talking on Phone/Hands Free
20. Manipulating Electronic Device
21. Distracted Eating/Drinking
22. Distracted/Smoking
23. Distracted/Manipulating Vehicle Control
24. Distracted/Other Interior
25. Distracted/Other Exterior
26. Sun Glare
27. Not Observed
15. Other Factor (Describe in Narrative)
28. Illness

**HAZARDOUS MATERIALS - CLASS** [ ]
Enter the one digit number taken from the bottom of the placard.   1369

**AUTONOMOUS VEHICLE CAPABILITY:** 00
00. No Automation
01. Driver Assistance
02. Partial Automation
03. Conditional Automation
04. High Automation
05. Full Automation
06. Unknown

Driver Ceded Control of Vehicle [ ]

## CMV FIELDS

Carrier Name

Address                                     Dot #

**LIQUID HAZARDOUS MATERIALS** [ ]
Enter the amount of bulk liquid cargo at the time of crash.
01. 0 to 1,000 gallons        06. 5,001 to 6,000 gallons
02. 1,001 to 2,000 gallons    07. 6,001 to 7,000 gallons
03. 2,001 to 3,000 gallons    08. 7,001 to 8,000 gallons
04. 3,001 to 4,000 gallons    09. 8,001 gallons and over
05. 4,001 to 5,000 gallons

| Over Height | Over Weight | Over Length | Over Width | Permitted |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] |

Exhibit F

USAA Confidential

0901119cba107eaf

DAP.0403679920231206.9.1.001546.Keshia

DR 3447 (11/09/18)
**COLORADO DEPARTMENT OF REVENUE**
Division of Motor Vehicles
Colorado.gov/Revenue

BC

MAIL TO: STATE OF COLORADO
MOTOR VEHICLE
TRAFFIC RECORDS
DENVER, CO 80261-0016

# STATE OF COLORADO TRAFFIC CRASH REPORT

☐ AMENDED/SUPPL.  ☐ COUNTER REPORT  ☐ PRIVATE PROPERTY  ☐ PUBLIC LAND   PAGE **1** OF **6** PAGES

| Case # | Agency ORI | Agency Name |
|---|---|---|
| 2B223249 | COCSP0000 | Colorado State Patrol |

| Date of Report (MM/DD/YYYY) | Date of Crash (MM/DD/YYYY) | Time of crash (24 Hour) | Officer Name | Officer Number |
|---|---|---|---|---|
| 12/11/2022 | 12/08/2022 | 20:11 | NELSON, K. | 6018 |

| Date Arrived | Date Roadway Cleared | Date Last Responder Left | Signature | Detail |
|---|---|---|---|---|
| 12/08/2022 | // | 12/08/2022 | | CR001 |

| Time Arrived | Time Roadway Cleared | Time Last Responder Left | Agency Code | Investigated at Scene | District Number |
|---|---|---|---|---|---|
| 20:46 | : | 20:46 | M04 | ☒ | 2B |

| Number Killed | Number Injured | Total Vehicles | Total Non-Motorists | Juvenile(s) Involved | Secondary Crash | Construction Zone Related | School Zone |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 2 | 0 | ☐ | ☐ | ☐ | ☐ |

| Latitude | Longitude | County | City |
|---|---|---|---|
| 39.10035 °N | -104.84864 °W | El Paso | |

| On Road/Street: | Intersection Offset Distance Unit | | |
|---|---|---|---|
| LAKE WOODMOOR DR | 03 | 01. Miles  02. Feet  03. At the Intersection | |

| Reference Intersecting Road/Street: | Intersection Offset Distance | Offset Direction |
|---|---|---|
| WHITE FAWN DR | | N☐ S☐ E☐ W☐ |

| HWY NUMBER | MILEPOINT | Milepoint Offset Distance Unit | 01. Miles  02. Feet  03. At the Milepoint |
|---|---|---|---|

| ☐ INTERSTATE HWY  ☐ STATE HWY  ☒ CITY ST/CNTY RD  ☐ OTHER RDWY | Milepoint Offset Distance | Offset Direction N☐ S☐ E☐ W☐ |
|---|---|---|

**LOCATION** 01
- 01. On Roadway
- 02. Ran Off Left Side
- 03. Ran Off Right Side
- 04. Ran Off 'T' Intersection
- 05. Vehicle Crossed Center Median Into Opposing Lanes
- 06. On Private Property
- 07. Center Median/Island

**Number of Lanes Blocked** | **LANE POSITION** W01

**HARMFUL EVENT SEQUENCE**  1st **08**  2nd ☐  3rd ☐  4th ☐  Most Harmful Event **08**

NON-COLLISION CRASH
01. Overturning/Rollover
44. Immersion, Full or Partial
45. Fell from Motor Vehicle
02. Other Non-Collision
COLLISION WITH NON-MOTORIST
03. School Age To/From School
05. Pedestrian
15. Bicycle/Motorized Bicycle
COLLISION WITH MOTOR VEHICLE IN TRANSPORT
06. Front to Front
07. Front to Rear

08. Front to Side
09. Rear to Side
10. Rear to Rear
11. Side to Side-Same Direction
12. Side to Side-Opposite Direction
COLLISION WITH OTHER VEHICLE
13. Parked Motor Vehicle
COLLISION WITH ANIMAL
17. Domestic Animal
18. Wild Animal
COLLISION WITH OBJECT
19. Light Pole/Utility Pole
20. Traffic Signal Pole

47. Electrical/Utility Box
21. Sign
41. Guardrail Face
42. Guardrail End
23. Cable Rail
24. Concrete Highway Barrier
48. Overhead Structure (Bridge)
49. Overhead Structure (Not Bridge)
50. Bridge Structure (Not Overhead)
26. Vehicle Debris or Cargo
27. Culvert or Headwall
28. Embankment
43. Ditch

46. Ground
29. Curb
30. Delineator/Milepost
31. Fence
32. Tree
33. Large Rocks or Boulder
34. Railroad Crossing Equipment
35. Barricade
36. Wall or Building
37. Crash Cushion/Traffic Barrel
38. Mailbox
39. Other Fixed Object (Describe in Narrative)
40. Other Non-Fixed Object (Describe in Narrative)

| ROAD CONTOUR - CURVES | 01 | 01. Straight  02. Curve Left  03. Curve Right  04. Unknown | ROAD CONTOUR - GRADE | 01 | 01. Level  02. Uphill  03. Hill Crest  04. Downhill  05. Sag/Bottom  06. Unknown |
|---|---|---|---|---|---|
| APPROACH/OVERTAKING TURN | 03 | 01. Approach Turn  02. Overtaking Turn  03. Not Applicable | LIGHTING CONDITION | 04 | 01. Daylight  02. Dawn or Dusk  03. Dark-lighted  04. Dark-Unlighted |

| ROAD DESCRIPTION | 01 | 01. At Intersection  02. Driveway Access Related  03. Intersection Related  04. Non-Intersection | 05. Crossover-Related  06. Roundabout  08. Parking Lot  09. Ramp | 10. Ramp-related  11. Alley Related  12. Share-Use Path or Trail  13. Auxiliary Lane | 14. Mid-Block Crosswalk  15. Express/Managed/HOV Lane |
|---|---|---|---|---|---|

| ROAD CONDITION | 01 | 01. Dry  02. Wet  03. Muddy  04. Snowy  05. Icy  06. Slushy  07. Foreign Material | 08. Dry W/Visible Icy Road Treatment  09. Wet W/Visible Icy Road Treatment  10. Snowy W/Visible Icy Road Treatment  11. Icy W/Visible Icy Road Treatment  12. Slushy W/Visible Icy Road Treatment  13. Sand/Gravel  14. Roto-Milled | WEATHER CONDITION | 1st **00**  2nd ☐ | 00. Clear  01. Rain  02. Sleet or Hail  03. Fog | 04. Dust  05. Wind  06. Cloudy  07. Freezing Rain or Freezing Drizzle | 08. Snow  09. Blowing Snow |
|---|---|---|---|---|---|---|---|---|

**TO BE FILLED OUT ONLY IN THE EVENT OF A FATALITY**

**EMERGENCY MEDICAL SERVICES** (Record all time using 24 Hr. time)

| Time notified : | Time Arrived @ Scene : | Time Arrived @ Hospital : |
|---|---|---|

If times are unknown provide name of responding services:

**TRAFFIC CONTROL DEVICE FUNCTIONING**
01. No Controls
02. Not Functioning
03. Functioning Improperly
04. Functioning Properly
06. Not Visible
05. Unknown

| Approved By | I.D. Number | Date |
|---|---|---|
| MORRISON, S. | 5855 | 12/16/2022 |

Exhibit F

0901119cba107eaf    USAA Confidential

DR 3447 (11/09/18)

**NARRATIVE/DIAGRAM**  PAGE  2  OF  6  PAGES

| Case # | Agency ORI | | Agency Name |
|---|---|---|---|
| 2B223249 | COCSP0000 | | Colorado State Patrol |

**Describe Crash**
Vehicle #2 was stopped first at the stop sign located at the intersection of Lake Woodmoor Drive and White Fawn Drive facing westbound on Lake Woodmoor Drive. Vehicle #1 was stopped second at the stop sign located at the intersection of Lake Woodmoor Drive and White Fawn Drive Facing southbound on White Fawn Drive. Both, Vehicle #2 and Vehicle #1 pulled through the intersection at the same time and Vehicle #1 front collided with Vehicle #2 side. After the collision both vehicles moved to the side of the roadway to open the lanes of traffic prior to my arrival.

| Owner 1 | Public Property Damaged ☐ | Damaged Prop. Last Name | | Damaged Prop. First Name | | MI |
|---|---|---|---|---|---|---|
| Address | | | City | | State | Zip |
| Damaged Prop. Description | | | | | | |
| Owner 2 | Public Property Damaged ☐ | Damaged Prop. Last Name | | Damaged Prop. First Name | | MI |
| Address | | | City | | State | Zip |
| Damaged Prop. Description | | | | | | |

**Exhibit F**

0901119cba107eaf

USAA Confidential

DAP.0403679920231206.9.1.001547.Keshia

DR 3447 (11/09/18) — **MOTORIZED TRAFFIC UNIT/OCCUPANT** — PAGE 3 OF 6 PAGES

| Field | Value |
|---|---|
| Traffic Unit # | 01 |
| Case # | 2B223249 |
| Agency ORI | COCSP0000 |
| Agency Name | Colorado State Patrol |
| Hit & Run | ☐ |
| (Driver) Last Name | EIGEL |
| First Name | GAIL |
| MI | K |
| Phone | (719) 481-4334 |
| Non-Contact Vehicle | ☐ |
| (Driver) Street Address | 14420 CLUB VILLA DR Apt. C |
| City | Colorado Springs |
| State | CO |
| ZIP | 80921 |
| DOB | 02/02/1939 |
| Driver License Number | 920646493 |
| Unlicensed Driver | ☐ |
| CDL | |
| State | CO |
| Sex | F |
| Email | |
| Primary Violation | Failed to Yield Right-of-Way When Proceeding From Stop Sign |
| DUI | ☐ |
| Violation Code | 42-4-703 (3) |
| Citation Number | 6344909 |
| Common Code | 373 |
| Same Name | ☒ |
| Vehicle Owner Last Name | |
| First Name | |
| MI | |
| Same Addr. | ☒ |
| Vehicle Owner Street Address | |
| City | |
| State | |
| ZIP | |
| Insurance Company | USAA |
| None / No Proof | ☐ ☐ |
| Expiration Date | 02/23/2023 |
| Policy Number | 0063467-0511 |
| License Plate No. | LEH012 |
| State or Country | CO |
| Vehicle Identification Number | 2CNDL23F356195851 |
| Year | 2005 |
| Make | Chevrolet |
| Model | Equinox |
| Body Type | LL |
| Color | GRY |
| No Damage | ☐ |
| Towed | 00 |

00. Not towed
01. Towed Due to Disabling Damage
02. Towed, But Not Due to Disabling Damage

Undercarriage ____ 1. Slight 2. Moderate 3. Severe

By:
To:

**VEHICLE DEFECT/CONDITION (OFFICER OPINION ONLY)** — 00

00. No Vehicle Defects
01. Defective Head Light(s)
02. Defective Brake/Tail Light(s)
03. Defective Signaling Device
04. Brakes Defective/Out of Adjustment
05. Defective Tires
06. Sudden Tire Failure
07. Improper Tires for Conditions
08. Mechanical Failure
09. Obstructed Window(s)
10. Improper Load
16. Cargo/Equipment Loss or Spill
17. Cargo/Equipment Shift
14. Parking Violation
15. Other Defect(s) (Describe in Narrative)

**TO BE FILLED OUT ONLY IN THE EVENT OF A FATALITY**

CRASH AVOIDANCE MANEUVER ☐
FIRE/HAZARDOUS MATERIALS INVOLVEMENT ☐

00. No Avoidance Maneuver
07. Braking
08. Steering
09. Steering and Braking
10. Accelerating
11. Steering and Accelerating
06. Other Avoidance Maneuver (Describe in Narrative)

00. No Fire/No Haz-Mat Cargo
01. No Fire/Haz-Mat Cargo Not Involved
02. No Fire/Haz-Mat Incident
03. Vehicle Fire/No Haz-Mat Cargo
04. Vehicle Fire/Haz-Mat Cargo Not Involved
05. Vehicle Fire/Haz-Mat Incident

**DRIVER/OCCUPANT DETAILS**

| A | B | C | D | E | F1 | F2 | F3 | AGE |
|---|---|---|---|---|---|---|---|---|
| 01 | 00 | 00 | 00 | 00 | B | 01 | A | 83 |

DRIVER NAME AND ADDRESS ARE ABOVE — AA Expired Date

| G1 | G2 | H | I | J | K | L | M | N | SEX |
|---|---|---|---|---|---|---|---|---|---|
| 01 | A | 00 | 08 | 00 | 00 | 00 | 07 | 00 | F |

EMS Trip # ____  Taken To ____  BB Expired Time

(Passenger) Name/Address — AA Expired Date / BB Expired Time (blank rows)

Exhibit F

DR 3447 (11/09/18)         TRAFFIC UNIT/GENERAL VEHICLE AND CMV         PAGE __4__ OF __6__ PAGES

| Traffic Unit # | Case # | Agency ORI | Agency Name |
|---|---|---|---|
| 01 | 2B223249 | COCSP0000 | Colorado State Patrol |

## GENERAL VEHICLE FIELDS

**VEHICLE TYPE:** 09

CMV SECTIONS REQUIRED
- 01. Medium/Heavy Trucks GVWR/GCWR between 10,001 and 16,000
- 27. Medium/Heavy Trucks GVWR/GCWR 16,001 or over
- 02. School Bus (all school buses)
- 03. Non-School Bus (9 occupants or more including driver) in commerce
- 04. Transit Bus

VEHICLES UNDER THE GVWR/GCWR THRESHOLD
- 05. Passenger Car/Passenger Van
- 07. Pickup Truck/Utility Van
- 09. SUV
- 11. Motor Home
- 12. Motorcycle
- 28. Autocycle
- 15. Farm Equipment
- 20. Working Vehicle/Equipment

OTHER VEHICLE
- 17. Light Rail
- 21. Heavy Train
- 23. Off Highway Vehicle/ATV
- 24. Snowmobile
- 25. Low Speed Vehicle
- 18. Other Vehicle Type (Describe in Narrative)
- 16. Unknown (Hit and Run Only)

**CARRIER TYPE:** [ ]
- 01. Interstate
- 02. Intrastate
- 03. Government Vehicle
- 04. Not in Commerce (If #04 is chosen, complete only the underlined fields below.)

**GROSS VEHICLE WEIGHT RATING/GROSS COMBINATION WEIGHT RATING:** [ ] Enter number of pounds

**TOTAL NUMBER OF AXLES:** Enter the total number of axles including truck and trailer. [ ]

**VEHICLE CONFIGURATION**
- 01. Passenger Car (only if HM placarded)
- 02. Light Truck (only if HM placarded)
- 03. Bus/Limousine
- 04. Single-unit Truck (2 axles)
- 05. Single-unit Truck (3 or more axles)
- 06. Truck and Trailer
- 07. Truck Tractor (Bobtail)
- 08. Truck Tractor and Semi-Trailer
- 09. Truck Tractor and Double Trailers
- 10. Truck Tractor and Triple Trailers
- 11. Other (Describe in Narrative)

**CARGO BODY TYPE** [ ]
- 01. Bus/ Limousine (seats 9-15 occupants, including the driver)
- 02. Bus/Limousine (seats 16 or more occupants, including the driver)
- 03. Van/Enclosed Box
- 04. Cargo Tank
- 05. Flatbed/Pickup
- 06. Dump Bed
- 07. Concrete Mixer
- 08. Auto Transporter
- 09. Garbage Refuse
- 10. Grain, Chips, Gravel
- 11. Pole
- 12. Intermodal Container
- 13. Vehicle Towing another Vehicle
- 14. Fire Apparatus
- 15. Ambulance
- 16. No Cargo Body
- 17. Other (Describe in Narrative)

**SPECIAL FUNCTION OF MOTOR VEHICLE IN TRANSPORT:** 00
- 00. No Special Function
- 01. Vehicle Transporting Students To/From School
- 02. Bus - Transit
- 03. Bus - Charter
- 04. Bus - Shuttle
- 05. Bus - Other
- 06. Construction Equipment
- 07. Farm Equipment
- 08. Farm Vehicle
- 09. Ambulance
- 10. Police
- 11. Fire Truck
- 12. Non-Transport Emergency Services Vehicle
- 13. Safety Service Patrols - Incident Response
- 14. Towing - Incident Response
- 15. Other Incident Response
- 16. Highway/Maintenance
- 17. Truck Acting as Crash Attenuator
- 18. Public Utility
- 19. Military
- 20. Rental Truck
- 21. Taxi
- 22. Vehicle Used for Electronic Ride-hailing (Uber, Lyft etc.)
- 23. Other (Describe in Narrative)

Emergency Lights Activated [ ]

**DIRECTION OF TRAVEL - PRIOR TO IMPACT (PRIOR TO TURNING MOVEMENT):** 05
- 01. North
- 02. Northeast
- 03. East
- 04. Southeast
- 05. South
- 06. Southwest
- 07. West
- 08. Northwest

**VEHICLE MOVEMENT - PRIOR TO IMPACT:** 01
- 01. Going Straight
- 02. Slowing
- 03. Stopped in Traffic
- 04. Making Right Turn
- 05. Making Left Turn
- 06. Making U-Turn
- 07. Passing
- 08. Backing
- 09. Entering/Leaving Parked Position
- 10. Parked
- 11. Changing Lanes
- 12. Swerve/Avoidance
- 13. Weaving
- 14. Out of Control
- 15. Traveled Wrong Way
- 17. Entering Traffic Way/Merge
- 18. Negotiating a Curve
- 16. Other (Describe in Narrative)

**SEQUENCE OF CRASH EVENTS**

| 1st | 2nd | 3rd | 4th |
|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] |

NON-COLLISION
- 01. Ran Off the Road
- 02. Jackknifed
- 03. Overturning
- 04. Downhill Runaway
- 05. Cargo Loss or Shift
- 06. Explosion or Fire
- 07. Separation of Units
- 08. Crossed the Median/Center Line
- 09. Equipment Failure (Tires, etc.)
- 10. Other (Describe in Narrative)

COLLISION
- 11. Pedestrian
- 12. Motor Vehicle in Transport
- 13. Parked Motor Vehicle
- 14. Train
- 15. Pedal Cycle (Bicycle, Tricycle, etc.)
- 16. Animal
- 17. Fixed Object
- 18. Work Zone Maintenance Equipment
- 19. Other Movable Object
- 20. Other (Describe in Narrative)

| ROADWAY SPEED LIMIT | ESTIMATED VEHICLE SPEED | DRIVER'S STATED SPEED |
|---|---|---|
| 35 MPH | 5 MPH | 5 MPH |

**DRIVER ACTIONS (OFFICER OPINION ONLY)**

| 1st | 2nd |
|---|---|
| 03 | [ ] |

- 00. No Contributing Action
- 02. Impeded Traffic
- 03. Failed to Yield ROW
- 04. Disregard Stop Sign
- 05. Failed to Stop at Signal
- 06. Disregarded Other Device/Sign/Markings
- 07. Improper Turn
- 08. Turned from Wrong Lane or Position
- 10. Lane Violation
- 11. Improper Passing on Left
- 12. Improper Passing on Right
- 13. Followed Too Closely
- 14. Improper Backing
- 15. Signaling Violation
- 16. Reckless Driving
- 17. Careless Driving (if used, next field can not be coded "00")
- 18. Speeding
  - 19. Too Fast for Conditions
- 20. Racing
- 21. Over-Correcting/Over-Steering
- 22. Lacking Required Chains
- 23. Other Contributing Action (Describe in Narrative)

**DRIVER - MOST APPARENT HUMAN CONTRIBUTING FACTORS (OFFICER OPINION ONLY)**

| 1st | 2nd | 3rd |
|---|---|---|
| 17 | [ ] | [ ] |

- 00. No Apparent Contributing Factor
- 02. Asleep or Fatigued
- 03. Medical
- 04. Driver Inexperience
- 05. Aggressive Driving
- 06. Driver Unfamiliar With Area
- 07. Driver Emotionally Upset
- 08. Evading Law Enforcement Officer
- 09. Physical Disability
- 11. Distracted/Other Occupant
- 16. Age/Driver Ability
- 17. Looked/Did Not See
- 18. Talking on Phone/Holding
- 19. Talking on Phone/Hands Free
- 20. Manipulating Electronic Device
- 21. Distracted Eating/Drinking
- 22. Distracted/Smoking
- 23. Distracted/Manipulating Vehicle Control
- 24. Distracted/Other Interior
- 25. Distracted/Other Exterior
- 26. Sun Glare
- 27. Not Observed
- 15. Other Factor (Describe in Narrative)
- 28. Illness

**HAZARDOUS MATERIALS - PLACARDS** [ ]
Did the vehicle have a hazardous material placard?
- 00. No   01. Yes   02. Required but Missing

**HAZARDOUS MATERIALS - RELEASE** [ ]
Was hazardous cargo from the placarded truck released? (Do not count fuel from the vehicle fuel tank)
- 00. No   01. Yes

**HAZARDOUS MATERIALS - CODE** [ ][ ][ ][ ]
Enter the four digit number from the placard. If no number on the placard enter the four digit Identification number from the shipping paper(s). 1369

**HAZARDOUS MATERIALS - CLASS** [ ]
Enter the one digit number taken from the bottom of the placard. 1369

**AUTONOMOUS VEHICLE CAPABILITY:** 00
- 00. No Automation
- 01. Driver Assistance
- 02. Partial Automation
- 03. Conditional Automation
- 04. High Automation
- 05. Full Automation
- 06. Unknown

Driver Ceded Control of Vehicle [ ]

## CMV FIELDS

Carrier Name

Address                                Dot #

**LIQUID HAZARDOUS MATERIALS** [ ]
Enter the amount of bulk liquid cargo at the time of crash.
- 01. 0 to 1,000 gallons
- 02. 1,001 to 2,000 gallons
- 03. 2,001 to 3,000 gallons
- 04. 3,001 to 4,000 gallons
- 05. 4,001 to 5,000 gallons
- 06. 5,001 to 6,000 gallons
- 07. 6,001 to 7,000 gallons
- 08. 7,001 to 8,000 gallons
- 09. 8,001 gallons and over

| Over Height | Over Weight | Over Length | Over Width | Permitted |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] |

**Exhibit F**

0901119cba107eaf    USAA Confidential

DAP.0403679920231206.9.1.001548.Keshia

DR 3447 (11/09/18) **MOTORIZED TRAFFIC UNIT/OCCUPANT** PAGE 5 OF 6 PAGES

| Field | Value |
|---|---|
| Traffic Unit # | 02 |
| Case # | 2B223249 |
| Agency ORI | COCSP0000 |
| Agency Name | Colorado State Patrol |
| Hit & Run | ☐ |
| (Driver) Last Name | MEEK |
| First Name | JEFFREY |
| MI | S |
| Phone | (720) 775-7906 |
| Non-Contact Vehicle | ☐ |
| (Driver) Street Address | 8325E PALMER DIVIDE AVE |
| City | Larkspur |
| State | CO |
| ZIP | 80118 |
| DOB | 06/12/1974 |
| Driver License Number | 012620821 |
| Unlicensed Driver | ☐ |
| CDL | |
| State | CO |
| Sex | M |
| Email | |
| Primary Violation | |
| DUI | ☐ |
| Violation Code | |
| Citation Number | |
| Common Code | |
| Same Name | ☒ |
| Vehicle Owner Last Name | |
| First Name | |
| MI | |
| Same Addr. | ☒ |
| Vehicle Owner Street Address | |
| City | |
| State | |
| ZIP | |
| Insurance Company | USAA |
| None | ☐ |
| No Proof | ☐ |
| Expiration Date | 02/07/2023 |
| Policy Number | 005752004U |
| License Plate No. | 752JOW |
| State or Country | CO |
| Vehicle Identification Number | 5XYPHDA15HG274662 |
| Year | 2017 |
| Make | KIA |
| Model | Sorrento |
| Body Type | LL |
| Color | RED |
| Towed | 00 |
| Vehicle Defect/Condition | 00 |

**DRIVER/OCCUPANT DETAILS**

Row 1 (Driver):
| A | B | C | D | E | F1 | F2 | F3 | AGE |
|---|---|---|---|---|---|---|---|---|
| 01 | 00 | 00 | 00 | 00 | B | 01 | A | 48 |

DRIVER NAME AND ADDRESS ARE ABOVE

| G1 | G2 | H | I | J | K | L | M | N | SEX |
|---|---|---|---|---|---|---|---|---|---|
| 01 | A | 00 | 08 | 00 | 00 | 00 | 07 | 00 | M |

Row 2 (Passenger):
| A | | | D | E | F1 | F2 | F3 | AGE |
|---|---|---|---|---|---|---|---|---|
| 03 | | | 00 | 00 | B | 01 | A | 45 |

(Passenger) Name/Address: JENIFER MEEK, 8325E PALMER DIVIDE AVE, Larkspur, CO 80118

| G1 | G2 | H |
|---|---|---|
| 01 | A | 00 |

SEX: F

Exhibit F

0901119cba107eaf    USAA Confidential

DR 3447 (11/09/18)      TRAFFIC UNIT/GENERAL VEHICLE AND CMV      PAGE __6__ OF __6__ PAGES

| Field | Value |
|---|---|
| Traffic Unit # | 02 |
| Case # | 2B223249 |
| Agency ORI | COCSP0000 |
| Agency Name | Colorado State Patrol |

## GENERAL VEHICLE FIELDS

**VEHICLE TYPE:** 09

03. Non-School Bus (9 occupants or more including driver) in commerce
04. Transit Bus

**CMV SECTIONS REQUIRED**
01. Medium/Heavy Trucks GVWR/GCWR between 10,001 and 16,000
27. Medium/Heavy Trucks GVWR/GCWR 16,001 or over
02. School Bus (all school buses)

**VEHICLES UNDER THE GVWR/GCWR THRESHOLD**
05. Passenger Car/Passenger Van
07. Pickup Truck/Utility Van
09. SUV
11. Motor Home
12. Motorcycle
28. Autocycle

15. Farm Equipment
20. Working Vehicle/Equipment

**OTHER VEHICLE**
17. Light Rail
21. Heavy Train
23. Off Highway Vehicle/ATV
24. Snowmobile
25. Low Speed Vehicle
18. Other Vehicle Type (Describe in Narrative)
16. Unknown (Hit and Run Only)

**CARRIER TYPE:** (blank)
01. Interstate
02. Intrastate
03. Government Vehicle
04. Not in Commerce (If #04 is chosen, complete only the underlined fields below.)

**GROSS VEHICLE WEIGHT RATING/GROSS COMBINATION WEIGHT RATING** — Enter number of pounds

**TOTAL NUMBER OF AXLES** — Enter the total number of axles including truck and trailer.

**VEHICLE CONFIGURATION**
01. Passenger Car (only if HM placarded)
02. Light Truck (only if HM placarded)
03. Bus/Limousine
04. Single-unit Truck (2 axles)
05. Single-unit Truck (3 or more axles)
06. Truck and Trailer
07. Truck Tractor (Bobtail)
08. Truck Tractor and Semi-Trailer
09. Truck Tractor and Double Trailers
10. Truck Tractor and Triple Trailers
11. Other (Describe in Narrative)

**CARGO BODY TYPE**
01. Bus/ Limousine (seats 9-15 occupants, including the driver)
02. Bus/Limousine (seats 16 or more occupants, including the driver)
03. Van/Enclosed Box
04. Cargo Tank
05. Flatbed/Pickup
06. Dump Bed
07. Concrete Mixer
08. Auto Transporter
09. Garbage Refuse
10. Grain, Chips, Gravel
11. Pole
12. Intermodal Container
13. Vehicle Towing another Vehicle
14. Fire Apparatus
15. Ambulance
16. No Cargo Body
17. Other (Describe in Narrative)

**SPECIAL FUNCTION OF MOTOR VEHICLE IN TRANSPORT:** 00

00. No Special Function
01. Vehicle Transporting Students To/From School
02. Bus - Transit
03. Bus - Charter
04. Bus - Shuttle
05. Bus - Other
06. Construction Equipment
07. Farm Equipment
08. Farm Vehicle
09. Ambulance
10. Police
11. Fire Truck
12. Non-Transport Emergency Services Vehicle
13. Safety Service Patrols - Incident Response
14. Towing - Incident Response
15. Other Incident Response
16. Highway/Maintenance
17. Truck Acting as Crash Attenuator
18. Public Utility
19. Military
20. Rental Truck
21. Taxi
22. Vehicle Used for Electronic Ride-hailing (Uber, Lyft etc.)
23. Other (Describe in Narrative)

Emergency Lights Activated: ☐

**SEQUENCE OF CRASH EVENTS:** 1st ___ 2nd ___ 3rd ___ 4th ___

**NON-COLLISION**
01. Ran Off the Road
02. Jackknifed
03. Overturning
04. Downhill Runaway
05. Cargo Loss or Shift
06. Explosion or Fire
07. Separation of Units
08. Crossed the Median/Center Line
09. Equipment Failure (Tires, etc.)
10. Other (Describe in Narrative)

**COLLISION**
11. Pedestrian
12. Motor Vehicle in Transport
13. Parked Motor Vehicle
14. Train
15. Pedal Cycle (Bicycle, Tricycle, etc.)
16. Animal
17. Fixed Object
18. Work Zone Maintenance Equipment
19. Other Movable Object
20. Other (Describe in Narrative)

**DIRECTION OF TRAVEL - PRIOR TO IMPACT (PRIOR TO TURNING MOVEMENT):** 07
01. North  03. East  05. South  07. West
02. Northeast  04. Southeast  06. Southwest  08. Northwest

**VEHICLE MOVEMENT - PRIOR TO IMPACT:** 01
01. Going Straight
02. Slowing
03. Stopped in Traffic
04. Making Right Turn
05. Making Left Turn
06. Making U-Turn
07. Passing
08. Backing
09. Entering/Leaving Parked Position
10. Parked
11. Changing Lanes
12. Swerve/Avoidance
13. Weaving
14. Out of Control
15. Traveled Wrong Way
17. Entering Traffic Way/Merge
18. Negotiating a Curve
16. Other (Describe in Narrative)

| ROADWAY SPEED LIMIT | ESTIMATED VEHICLE SPEED | DRIVER'S STATED SPEED |
|---|---|---|
| 35 MPH | 5 MPH | 5 MPH |

**DRIVER ACTIONS (OFFICER OPINION ONLY):** 1st: 00, 2nd: (blank)

00. No Contributing Action
02. Impeded Traffic
03. Failed to Yield ROW
04. Disregard Stop Sign
05. Failed to Stop at Signal
06. Disregarded Other Device/Sign/Markings
07. Improper Turn
08. Turned from Wrong Lane or Position
10. Lane Violation
11. Improper Passing on Left
12. Improper Passing on Right
13. Followed Too Closely
14. Improper Backing
15. Signaling Violation
16. Reckless Driving
17. Careless Driving (if used, next field can not be coded "00")
18. Speeding
   19. Too Fast for Conditions
20. Racing
21. Over-Correcting/Over-Steering
22. Lacking Required Chains
23. Other Contributing Action (Describe in Narrative)

**DRIVER - MOST APPARENT HUMAN CONTRIBUTING FACTORS (OFFICER OPINION ONLY):** 1st: 00, 2nd: (blank), 3rd: (blank)

00. No Apparent Contributing Factor
02. Asleep or Fatigued
03. Medical
04. Driver Inexperience
05. Aggressive Driving
06. Driver Unfamiliar With Area
07. Driver Emotionally Upset
08. Evading Law Enforcement Officer
09. Physical Disability
11. Distracted/Other Occupant
16. Age/Driver Ability
17. Looked/Did Not See
18. Talking on Phone/Holding
19. Talking on Phone/Hands Free
20. Manipulating Electronic Device
21. Distracted Eating/Drinking
22. Distracted/Smoking
23. Distracted/Manipulating Vehicle Control
24. Distracted/Other Interior
25. Distracted/Other Exterior
26. Sun Glare
27. Not Observed
15. Other Factor (Describe in Narrative)
28. Illness

**HAZARDOUS MATERIALS - PLACARDS**
Did the vehicle have a hazardous material placard?
00. No  01. Yes  02. Required but Missing

**HAZARDOUS MATERIALS - RELEASE**
Was hazardous cargo from the placarded truck released? (Do not count fuel from the vehicle fuel tank)
00. No  01. Yes

**HAZARDOUS MATERIALS - CODE**
Enter the four digit number from the placard. If no number on the placard enter the four digit Identification number from the shipping paper(s).  [1369]

**HAZARDOUS MATERIALS - CLASS**
Enter the one digit number taken from the bottom of the placard.  [1369]

**AUTONOMOUS VEHICLE CAPABILITY:** 00
00. No Automation
01. Driver Assistance
02. Partial Automation
03. Conditional Automation
04. High Automation
05. Full Automation
06. Unknown

Driver Ceded Control of Vehicle: ☐

## CMV FIELDS

Carrier Name: 

Address:    Dot #:

Over Height ☐  Over Weight ☐  Over Length ☐  Over Width ☐  Permitted ☐

**LIQUID HAZARDOUS MATERIALS**
Enter the amount of bulk liquid cargo at the time of crash.
01. 0 to 1,000 gallons
02. 1,001 to 2,000 gallons
03. 2,001 to 3,000 gallons
04. 3,001 to 4,000 gallons
05. 4,001 to 5,000 gallons
06. 5,001 to 6,000 gallons
07. 6,001 to 7,000 gallons
08. 7,001 to 8,000 gallons
09. 8,001 gallons and over

**Exhibit F**

USAA Confidential

0901119cba107eaf